NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 8 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    18-10468 |
| Plaintiff-Appellee, | D.C. No. 2:10-cr-00091-KJD-GWF-1 |
| v. | |
| BARBARA JEAN DENNIS, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Kent J. Dawson, District Judge, Presiding

Submitted June 2, 2020[**]

Before:    LEAVY, PAEZ, and BENNETT, Circuit Judges.

Barbara Jean Dennis appeals from the district court's amended judgment and

challenges the $10,000 fine imposed following her guilty-plea conviction for

bankruptcy fraud, in violation of 18 U.S.C. § 157(1).  Pursuant to *Anders v.

California*, 386 U.S. 738 (1967), Dennis's counsel has filed a brief stating that

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

there are no grounds for relief, along with a motion to withdraw as counsel of record. Dennis has filed two pro se opening briefs, both of which the court has considered. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Dennis's pro se motions, as supplemented by her exhibit, to terminate counsel and appoint new counsel, and to strike all documents filed by appointed counsel, are **DENIED.** Dennis's further request that the court order an audio file of the November 20, 2018, district court hearing is **DENIED.** Dennis's motions for a 60-day extension of time to file the pro se supplemental brief are denied as moot.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**